MARTIN H. MYERS (Bar No. 130218)
DAVID M. CHAIKEN (Bar No. 230619)
NATHANIEL R. SPENCER-MORK (Bar No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs
FOSTER POULTRY FARMS

FILED

2005 JUN 10 P 2: 37

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY ~~E-FILED~~
       DEPUTY
5· 30 05

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS, a California Corporation and FOSTER DAIRY FARMS, a California Corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation and AIG TECHNICAL SERVICES, a Delaware Corporation,<br><br>                    Defendants. | Case No.: CIV F045930 REC DOB<br><br>[~~PROPOSED~~] **ORDER GRANTING FOSTER FARMS' REQUEST TO FILE UNDER SEAL EXHIBITS B, D, E, AND F TO LETTER BRIEF RE MOTION TO COMPEL DEPOSITIONS**<br><br>Date:          June 3, 2005<br>Time:         10:00 a.m.<br>Trial Date:  January 24, 2006<br><br>The Honorable Dennis O. Beck |

[PROPOSED] ORDER GRANTING FOSTER FARMS' REQUEST TO FILE UNDER SEAL EXHIBITS TO LETTER BRIEF RE MOTION TO COMPEL, CASE NO.: CIV F045930 REC DOB

Pursuant to Local Rule 39-141(b), the request of Plaintiffs Foster Poultry Farms and Foster Dairy Farms for permission to file under seal Exhibits B, D, E and F to the Letter Brief and Motion to Compel Depositions is hereby GRANTED.

IT IS SO ORDERED.

DATED: 5/26/05

Hon. Dennis O. Beck
Magistrate Judge of the United States District Court