1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, a California corporation, and FOSTER DAIRY FARMS, California corporation<br><br>                    Plaintiffs,<br><br>        v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, et.al<br><br>                    Defendants. | CV F 04 5930 REC DLB<br><br>ORDER GRANTING PLAINTIFFS' REQUEST TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM AND SUPPORTING DECLARATIONS IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL AND FOR A PROTECTIVE ORDER |

        Pursuant to Local Rule 39-141(b), the request of Plaintiffs Foster Poultry Farms and Foster Dairy Farms for permission to file under seal its Memorandum and Supporting Declarations in Opposition to Defendants' Motion to Disqualify Plaintiffs' Counsel and for a Protective Order is hereby **GRANTED**.

IT IS SO ORDERED.

**Dated:    June 28, 2005            _____/s/ Dennis L. Beck_____**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE

1