MARTIN H. MYERS (Bar No. 130218)
DAVID M. CHAIKEN (Bar No. 230619)
NATHANIEL R. SPENCER-MORK (Bar No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs
FOSTER POULTRY FARMS and
FOSTER DAIRY FARMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY FARMS, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a Delaware Corporation,<br><br>Defendants. | Case No.: 1: 04 CV 5930 REC DLB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY LETTER BRIEF AND SUPPORTING DECLARATION IN SUPPORT OF MOTION TO COMPEL RE DEPOSITIONS AND FOR SANCTIONS**<br><br>Date:         July 8, 2005<br>Time:        1:30 p.m.<br>Trial Date:  January 24, 2006 |

Pursuant to Local Rule 39-141(b), the request of Plaintiffs Foster Poultry Farms and Foster Dairy Farms for permission to file under seal its Reply Letter Brief and and Supporting Declaration in Support of Plaintiffs' Motion to Compel Depositions and for Sanctions is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: July 7, 2005                    ____/s/ Dennis L. Beck_____
                                       Hon. Dennis L. Beck
                                       United States Magistrate Judge