MARTIN H. MYERS (Bar No. 130218)
DAVID M. CHAIKEN (Bar No. 230619)
NATHANIEL R. SPENCER-MORK (Bar No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs
FOSTER POULTRY FARMS and
FOSTER DAIRY FARMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY FARMS, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a Delaware Corporation,<br><br>Defendants. | Case No.: 1: 04 CV 5930 REC DLB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE UNDER SEAL LETTER BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES AND EXHIBITS THERETO**<br><br>Date:        July 29, 2005<br>Time:       9:00 a.m.<br>Trial Date:  January 24, 2006<br><br>The Honorable Robert E. Coyle<br><br>The Honorable Dennis L. Beck |

Pursuant to Local Rule 39-141(b), the request of Plaintiffs Foster Poultry Farms and Foster Dairy Farms for permission to file under seal Plaintiffs' Letter Brief in Support of Plaintiffs' Motion to Compel Responses to Interrogatories and Requests for Production and Exhibits Thereto is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED:  July 12, 2005                              ____/s/ Dennis L. Beck_____
                                                                    Hon. Dennis L. Beck
                                                                    United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLFS' REQUEST TO FILE UNDER SEAL LETTER BRIEF ISO PLS' MOTION TO COMPEL RE INTERROGS. AND REQUESTS FOR PRODUCTION - CIV F045930 REC DLB

7/12/05 2:07 PM ()

3

[PROPOSED] ORDER GRANTING PLFS' REQUEST TO FILE UNDER SEAL LETTER BRIEF ISO PLS'
MOTION TO COMPEL RE INTERROGS. AND REQUESTS FOR PRODUCTION - CIV F045930 REC DLB