# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FOSTER POULTRY FARMS, et al.,

                  Plaintiffs,

    v.

AISLIC, et al.,

                  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:04cv5930 REC DLB

ORDER GRANTING PLAINTIFFS' REQUEST
TO FILE DOCUMENT UNDER SEAL
(Document 104)

ORDER DIRECTING CLERK TO REMOVE
DOCUMENT FROM PUBLIC FILE AND
SEAL DOCUMENT
(Document 107)

On July 7, 2005, Plaintiffs filed Objections to Evidence and Request to Strike Declaration Filed in Support of Defendants' Motion to Disqualify.  The objections were intended to be filed under seal, and were e-filed along with a Notice of Filing Under Seal, Request to File Under Seal and a Proposed Order.  The objections were, however, not filed under seal and are currently available for public viewing on the Court's docket.

By this order, the Court GRANTS Plaintiffs' Request to File the Objections Under Seal and DIRECTS the Clerk of Court to remove the objections (Document 107) from the public file and re-file it under seal.

IT IS SO ORDERED.

**Dated:    July 25, 2005**                          **/s/ Dennis L. Beck**
3b142a                                     UNITED STATES MAGISTRATE JUDGE

1