# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOSTER POULTRY FARMS, et al., | ) | 1:04cv5930 REC DLB |
| | ) | |
| | ) | ORDER IMPOSING SANCTIONS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AISLIC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On July 19, 2005, United States Magistrate Judge Dennis L. Beck issued an order denying Defendants' motion to disqualify Plaintiffs' counsel and granting Plaintiffs' motion to compel. In granting Plaintiffs' motion to compel, the Court awarded sanctions against American International Specialty Lines Insurance Company and AIG Technical Services in an amount not less than $14,000.00.

On August 2, 2005, Martin H. Myers filed a declaration in response to the order awarding sanctions. Mr. Myers explained that Plaintiffs incurred $8,213.32 in attorneys fees, costs and expenses in connection with the May 12, 2005, scheduled deposition in New York. Declaration of Martin H. Myers ("Myers Dec."), ¶ 3. Plaintiffs are entitled to recover this amount. However, the Court found that sanctions were appropriate due to the last minute cancellation of the depositions and not because the Motion to Disqualify was frivolous. In as much as the Motion to

1  Disqualify and the Motion to Compel were inextricably intertwined it cannot be said that the
2  opposition to the Motion to Compel was without justification.  Therefore sanctions will not be
3  awarded for bringing the Motion to Compel.
4      On August 5, 2005, Defendants filed objections to the July 19, 2005, order with the
5  District Court Judge.  Although the objections are pending, the Court, pursuant to its July 19,
6  2005, awards sanctions against Defendants in the amount of $8,213.32 as the sanctions are
7  unrelated to the merits of the motion.  This amount SHALL be paid to Plaintiffs within fifteen
8  (15) days of this order.
9      IT IS SO ORDERED.
10     Dated:   August 16, 2005            /s/ Dennis L. Beck
   3b142a                         UNITED STATES MAGISTRATE JUDGE