1  James P. Wagoner, # 058553
   Anthony L. Osborn, # 216611
2  McCORMICK, BARSTOW, SHEPPARD
   WAYTE & CARRUTH LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone: 559-433-1300
5  Facsimile: 559-433-2300

6  Attorneys for Defendants
   AMERICAN INTERNATIONAL SPECIALTY LINES
7  INSURANCE COMPANY and AIG TECHNICAL
   SERVICES
8
9  Martin H. Myers (Bar No. 130218)
   David M. Chaiken (Bar No. 230619)
10 Nathaniel R. Spencer-Mork (Bar No. 226886)
   HELLER EHRMAN LLP
11 333 Bush Street
   San Francisco, CA  94104-2878
12 Telephone: 415-772-6000
   Facsimile: 415-772-6268
13
14 Attorneys for Plaintiffs
   FOSTER POULTRY FARMS and
15 FOSTER DAIRY FARMS

16              UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18

| 19 | FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY FARMS, a California Corporation, | Case No.  CIV F045930 REC DLB |
|---|---|---|
| 20 | | **JOINT STIPULATION AND  ORDER EXTENDING DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS** |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a Delaware Corporation, | Hearing Date: October 17, 2005 |
| 24 | | Trial Date: May 9, 2006 |
| 25 | | The Honorable Robert E. Coyle |
| 26 | Defendants. | |
| 27 | | The Honorable Dennis L. Beck |
| 28 | | |

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to Local Rules 83-143 and 6-144, Plaintiffs Foster Poultry Farms and Foster

2   Dairy Farms (collectively "Plaintiffs") and Defendants American International Specialty Lines

3   Insurance Company ("AISLIC") and AIG Technical Services ("AIGTS") (collectively

4   "Defendants") respectfully submit this Stipulation and Proposed Order Extending the Deadline

5   for Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment and Judgment on

6   the Pleadings.

7    1.    On June 20, 2005, Defendants filed a Motion for Partial Summary

8   Judgment/Summary Adjudication and Judgment on the Pleadings ("Defendants' Motion for

9   Summary Judgment"), setting the motion for a hearing on July 18, 2005.  In light of then-pending

10   disqualification proceedings, the motion was re-set for a hearing on August 15, 2005.  The parties

11   thereafter negotiated for the continuance of the hearing on Defendants' motion and, at a hearing

12   and scheduling conference before Magistrate Judge Beck on August 12, 2005, the Court

13   rescheduled the hearing on Defendants' motion for October 17, 2005 and established the

14   following briefing schedule: Plaintiffs' Opposition Brief was to be filed on or before September

15   26, 2005, and Defendants' Reply Brief was to be filed on or before October 10, 2005.

16    2.    This briefing schedule assumed, however, that certain depositions previously

17   noticed by Plaintiffs would be completed by August 18, 2005.

18    3.    Due to scheduling difficulties, the parties were unable to complete the deposition

19   of Defendant AISLIC pursuant to Rule 30(b)6) by August 18, 2005, and have rescheduled that

20   deposition for September 16, 2005.

21    4.    To accommodate the parties' respective schedules and to permit Plaintiffs

22   additional time after the September 16, 2005 deposition to prepare their Opposition to

23   Defendants' Motion for Summary Judgment, the parties have agreed and hereby stipulate to a

24   three (3) day extension of the deadline for the filing of Plaintiffs' Opposition to Defendants'

25   Motion for Summary Judgment, from September 26, 2005 to September 29, 2005.  Neither the

26   filing date of Defendants' Reply Brief nor the hearing date on the motion will be affected.

27

28                                                        2

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated: September 2, 2005                     HELLER EHRMAN LLP

2

3                                       By:_____ s/David M. Chaiken_____
                                                David M. Chaiken
4                                               Attorneys for Plaintiffs

5

6
    Dated: September 2, 2005             McCORMICK, BARSTOW, SHEPPARD
7                                           WAYTE & CARRUTH LLP

8

9                                       By:_____ s/Anthony L. Osborn_____
                                                Anthony L. Osborn
10                                              Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY FARMS, a California Corporation,

Plaintiffs,

v.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a Delaware Corporation,

Defendants.

Case No.  CIV F045930 REC DLB

**ORDER EXTENDING DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS**

Hearing Date: October 17, 2005

Trial Date: January 24, 2006

The Honorable Robert E. Coyle

The Honorable Dennis L. Beck

**ORDER**

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Stipulation and Proposed Order Extending the Deadline for Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment and Judgment on the Pleadings as the Order of this Court.  The Court hereby **EXTENDS** the deadline for the filing of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment and Judgment on the Pleadings from September 26, 2005 to September 29, 2005.

**IT IS SO ORDERED**, this ____12th day of September, 2005.

/s/ROBERT E. COYLE
Hon. Robert E. Coyle
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR OPPOSITION TO MSJ: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com