1  James P. Wagoner, # 058553
   Anthony L. Osborn, # 216611
2  McCORMICK, BARSTOW, SHEPPARD
   WAYTE & CARRUTH LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone: 559-433-1300
5  Facsimile: 559-433-2300

6  Attorneys for Defendants
   AMERICAN INTERNATIONAL SPECIALTY LINES
7  INSURANCE COMPANY and AIG TECHNICAL
   SERVICES
8
   Martin H. Myers (Bar No. 130218)
9  David M. Chaiken (Bar No. 230619)
   Nathaniel R. Spencer-Mork (Bar No. 226886)
10 HELLER EHRMAN LLP
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone: 415-772-6000
12 Facsimile: 415-772-6268
13
   Attorneys for Plaintiffs
14 FOSTER POULTRY FARMS and
   FOSTER DAIRY FARMS
15

16                  UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

18

19 | FOSTER POULTRY FARMS, a California | Case No.  CIV F045930 REC DLB |
   | Corporation, and FOSTER DAIRY | |
20 | FARMS, a California Corporation, | **JOINT STIPULATION AND ORDER** |
   | | **EXTENDING DEADLINES PENDING** |
21 | Plaintiffs, | **TENTATIVE SETTLEMENT** |
22 | v. | Trial Date: May 9, 2006 |
23 | AMERICAN INTERNATIONAL | The Honorable Robert E. Coyle |
   | SPECIALTY LINES INSURANCE | |
24 | COMPANY, an Alaska Corporation, and | The Honorable Dennis L. Beck |
   | AIG TECHNICAL SERVICES, a | |
25 | Delaware Corporation, | |
26 | Defendants. | |
27
28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PENDING TENTATIVE
SETTLEMENT: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Local Rules 83-143 and 6-144, Plaintiffs Foster Poultry Farms and Foster
2  Dairy Farms (collectively "Plaintiffs") and Defendants American International Specialty Lines
3  Insurance Company ("AISLIC") and AIG Technical Services ("AIGTS") (collectively
4  "Defendants") respectfully submit this Joint Stipulation and Proposed Order Extending Deadlines
5  Pending Tentative Settlement.

6  1. On August 12, 2005, Magistrate Judge Beck amended the schedule for pending motions,
7  discovery, and other matters in this case and established the following deadlines [Docket
8  #167-1]:

9   a. Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 9/26/05;
10  
11  b. Defendants' Reply in Support of Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 10/10/05;
12  
13  c. Plaintiffs' Expert Disclosures -- 10/14/05;
14  d. Hearing on Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 10/17/05;
15  
16  e. Close of Non-Expert Discovery -- 10/31/05;
17  f. Defendants' Expert Disclosures -- 11/4/05;
18  g. Non-Dispositive Motions -- 11/14/05;
19  h. Close of Expert Discovery -- 12/2/05;
20  i. Hearing on Non-Dispositive Motions -- 12/2/05;
21  j. Dispositive Motions -- 1/6/06;
22  k. Hearing on Dispositive Motions -- 2/6/06,
23  l. Pretrial Conference -- 3/17/06; and
24  m. Trial -- 5/9/06.

25  2. On September 2, 2005, in light of discovery-related scheduling difficulties, the parties filed a
26  joint stipulation and proposed order extending the deadline for the filing of Plaintiffs'
27  Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings
28  from September 26, 2005 to September 29, 2005, which Judge Coyle granted by Order of

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PENDING TENTATIVE
SETTLEMENT: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com

September 12, 2005.[1]

3. The parties have now reached a tentative settlement of this action and wish to extend certain deadlines pending consummation of the tentative settlement.

NOW THEREFORE, the parties have agreed and hereby stipulate to a two (2) week extension of the deadlines for (a) through (f), above (subject to the Court's availability), pending the parties' tentative settlement.

Dated: September 26, 2005              HELLER EHRMAN LLP

By:      /s/ David M. Chaiken
         David M. Chaiken
         Attorneys for Plaintiffs

Dated: September 26, 2005              McCORMICK, BARSTOW, SHEPPARD
                                       WAYTE & CARRUTH LLP

By: /s/ Anthony L. Osborn (authorized on 9/26/05)
    Anthony L. Osborn
    Attorneys for Defendants

---

[1] Defendants' motion was originally set for a hearing on July 18, 2005; however, in light of then-pending disqualification proceedings, the motion was re-set for a hearing on August 15, 2005.

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY FARMS, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a Delaware Corporation,<br><br>Defendants. | Case No.  CIV F045930 REC DLB<br><br>**ORDER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT**<br><br>Trial Date: May 9, 2006<br><br>The Honorable Robert E. Coyle<br><br>The Honorable Dennis L. Beck |

**[PROPOSED] ORDER**

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Joint Stipulation and Proposed Order Extending Deadlines Pending Tentative Settlement as the Order of this Court. The Court hereby **EXTENDS** the schedule in this matter as follows:

1. The deadline for the filing of Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is extended from 9/29/05 to 10/14/05;

2. The deadline for the filing of Defendants' Reply in Support of Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is extended from 10/10/05 to 10/24/05;

3. The deadline for the filing of Plaintiffs' Expert Disclosures is extended from 10/14/05 to 10/28/05;

4. The Hearing on Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is reset from 10/17/05 to 10/31/05 (subject to Court availability);

5. The Non-Expert Discovery Cut-Off is extended from 10/31/05 to 11/14/05; and

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6. The deadline for the filing of Defendants' Expert Disclosures is extended from 11/4/05 to 11/18/05.

**IT IS SO ORDERED**, this _____27th day of __September, 2005.

    ____/s/ ROBERT E. COYLE___
    Hon. Robert E. Coyle
    United States District Judge

5

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com