1  James P. Wagoner, # 058553
   Anthony L. Osborn, # 216611
2  McCORMICK, BARSTOW, SHEPPARD
   WAYTE & CARRUTH LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone: 559-433-1300
5  Facsimile: 559-433-2300

6  Attorneys for Defendants
   AMERICAN INTERNATIONAL SPECIALTY LINES
7  INSURANCE COMPANY and AIG TECHNICAL
   SERVICES
8
   Martin H. Myers (Bar No. 130218)
9  David M. Chaiken (Bar No. 230619)
   Nathaniel R. Spencer-Mork (Bar No. 226886)
10 HELLER EHRMAN LLP
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone: 415-772-6000
12 Facsimile: 415-772-6268
13
   Attorneys for Plaintiffs
14 FOSTER POULTRY FARMS and
   FOSTER DAIRY FARMS
15

16                          UNITED STATES DISTRICT COURT

17                          EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19 FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY<br>20 FARMS, a California Corporation,<br>21         Plaintiffs,<br>22    v.<br>23 AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE<br>24 COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a<br>25 Delaware Corporation,<br>26         Defendants. | Case No.  1: 04 CV 5930 REC DLB<br><br>**JOINT STIPULATION AND ORDER FURTHER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT**<br><br>Trial Date: May 9, 2006<br><br>The Honorable Robert E. Coyle<br><br>The Honorable Dennis L. Beck |

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES PENDING
TENTATIVE SETTLEMENT: CIV F045930 REC DLB

Pursuant to Local Rules 83-143 and 6-144, Plaintiffs Foster Poultry Farms and Foster Dairy Farms (collectively "Plaintiffs") and Defendants American International Specialty Lines Insurance Company ("AISLIC") and AIG Technical Services ("AIGTS") (collectively "Defendants") respectfully submit this Joint Stipulation and Proposed Order Further Extending Deadlines Pending Tentative Settlement.

1. On August 12, 2005, Magistrate Judge Beck amended the schedule for pending motions, discovery, and other matters in this case and established the following deadlines [Docket #167-1]:

    a. Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 9/26/05;

    b. Defendants' Reply in Support of Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 10/10/05;

    c. Plaintiffs' Expert Disclosures -- 10/14/05;

    d. Hearing on Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 10/17/05;

    e. Close of Non-Expert Discovery -- 10/31/05;

    f. Defendants' Expert Disclosures -- 11/4/05;

    g. Non-Dispositive Motions -- 11/14/05;

    h. Close of Expert Discovery -- 12/2/05;

    i. Hearing on Non-Dispositive Motions -- 12/2/05;

    j. Dispositive Motions -- 1/6/06;

    k. Hearing on Dispositive Motions -- 2/6/06,

    l. Pretrial Conference -- 3/17/06; and

    m. Trial -- 5/9/06.

2. On September 2, 2005, in light of discovery-related scheduling difficulties, the parties filed a joint stipulation and proposed order extending the deadline for the filing of Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings from September 26, 2005 to September 29, 2005, which Judge Coyle granted by Order of

1. September 12, 2005.[1]

2. 3. On September 26, 2005, the parties informed the Court of their tentative agreement to settle this action and filed a Stipulation and Proposed Order Extending Deadlines Pending Tentative Settlement to allow for the finalization of a formal settlement agreement. The Court adopted and approved the parties' proposed order on September 27, 2005, extending the deadlines for items (a) through (f), listed above, for two weeks.

3. 4. Because the parties have not yet finalized the settlement even though Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is currently due on October 14, 2005, and because the parties anticipate that it will take an additional week to finalize the parties' draft settlement agreement, the parties wish to extend the deadlines for items (a) through (f), listed above, for an additional two-weeks.

NOW THEREFORE, the parties have agreed and hereby stipulate to an additional two (2) week extension of the deadlines for (a) through (f), above (subject to the Court's availability), pending the parties' tentative settlement.

Dated: October 14, 2005                                             HELLER EHRMAN LLP

By:  /s/ David M. Chaiken
David M. Chaiken
Attorneys for Plaintiffs

Dated: October 14, 2005                            McCORMICK, BARSTOW, SHEPPARD
                                                                       WAYTE & CARRUTH LLP

By: /s/ Anthony L. Osborn (authorized on 10/14/05)
Anthony L. Osborn
Attorneys for Defendants

---

[1] Defendants' motion was originally set for a hearing on July 18, 2005; however, in light of then-pending disqualification proceedings, the motion was re-set for a hearing on August 15, 2005.

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT: CIV F045930 REC DLB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY FARMS, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a Delaware Corporation,<br><br>Defendants. | Case No.  1: 04 CV 5930 REC DLB<br><br>**ORDER FURTHER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT**<br><br>Trial Date: May 9, 2006<br><br>The Honorable Robert E. Coyle<br><br>The Honorable Dennis L. Beck |

**ORDER**

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Joint Stipulation and Proposed Order Further Extending Deadlines Pending Tentative Settlement as the Order of this Court.  The Court hereby **EXTENDS** the schedule in this matter as follows:

1. The deadline for the filing of Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is extended from 10/14/05 to 10/28/05;

2. The deadline for the filing of Defendants' Reply in Support of Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is extended from 10/24/05 to 11/7/05;

3. The deadline for the filing of Plaintiffs' Expert Disclosures is extended from 10/28/05 top 11/11/05;

4. The Hearing on Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is reset from 11/14/05 (subject to Court availability);

4

5. The Non-Expert Discovery Cut-Off is extended from 11/14/05 to 11/28/05; and

6. The deadline for the filing of Defendants' Expert Disclosures is extended from 11/18/05 to 12/2/05.

**IT IS SO ORDERED**, this 17th day of October, 2005.

          /s/ Dennis L. Beck
Hon. Dennis L. Beck
United States Magistrate Judge