| | |
|---|---|
| 1 | James P. Wagoner, # 058553 |
| | Anthony L. Osborn, # 216611 |
| 2 | McCORMICK, BARSTOW, SHEPPARD |
| | WAYTE & CARRUTH LLP |
| 3 | P.O. Box 28912 |
| | 5 River Park Place East |
| 4 | Fresno, CA  93720-1501 |
| | Telephone: 559-433-1300 |
| 5 | Facsimile: 559-433-2300 |

Attorneys for Defendants
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY and AIG TECHNICAL
SERVICES

Martin H. Myers (Bar No. 130218)
David M. Chaiken (Bar No. 230619)
Nathaniel R. Spencer-Mork (Bar No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: 415-772-6000
Facsimile: 415-772-6268

Attorneys for Plaintiffs
FOSTER POULTRY FARMS and
FOSTER DAIRY FARMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY FARMS, a California Corporation, | Case No.  CIV F045930 REC DLB |
| Plaintiffs, | **JOINT STIPULATION AND ORDER FURTHER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT** |
| v. | Trial Date: May 9, 2006 |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a Delaware Corporation, | The Honorable Robert E. Coyle |
| | The Honorable Dennis L. Beck |
| Defendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES PENDING
TENTATIVE SETTLEMENT: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rules 83-143 and 6-144, Plaintiffs Foster Poultry Farms and Foster Dairy Farms (collectively "Plaintiffs") and Defendants American International Specialty Lines Insurance Company ("AISLIC") and AIG Technical Services ("AIGTS") (collectively "Defendants") respectfully submit this Joint Stipulation and Proposed Order Further Extending Deadlines Pending Tentative Settlement.

1. On August 12, 2005, Magistrate Judge Beck amended the schedule for pending motions, discovery, and other matters in this case and established the following deadlines [Docket #167-1]:

   a. Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 9/26/05;

   b. Defendants' Reply in Support of Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 10/10/05;

   c. Plaintiffs' Expert Disclosures -- 10/14/05;

   d. Hearing on Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings -- 10/17/05;

   e. Close of Non-Expert Discovery -- 10/31/05;

   f. Defendants' Expert Disclosures -- 11/4/05;

   g. Non-Dispositive Motions -- 11/14/05;

   h. Close of Expert Discovery -- 12/2/05;

   i. Hearing on Non-Dispositive Motions -- 12/2/05;

   j. Dispositive Motions -- 1/6/06;

   k. Hearing on Dispositive Motions -- 2/6/06;

   l. Pretrial Conference -- 3/17/06; and

   m. Trial -- 5/9/06.

2. On September 2, 2005, in light of discovery-related scheduling difficulties, the parties filed a joint stipulation and proposed order extending the deadline for the filing of Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings from September 26, 2005 to September 29, 2005, which Judge Coyle granted by Order of

2

PDF created with pdfFactory trial version www.pdffactory.com

1. September 12, 2005.[1]

3. On September 26, 2005, the parties informed the Court of their tentative agreement to settle this action and filed a Stipulation and Proposed Order Extending Deadlines Pending Tentative Settlement to allow for the finalization of a formal settlement agreement.  The Court adopted and approved the parties' proposed order on September 27, 2005, extending the deadlines for items (a) through (f), listed above, for two weeks.

4. On October 14, 2005, the parties filed a second Stipulation and Proposed Order Extending Deadlines Pending Tentative Settlement to allow for the finalization of a formal settlement agreement.  The Court adopted and approved the parties' proposed order on October 17, 2005, extending the deadlines for items (a) through (f), listed above, for two weeks.

5. On October 28, 2005, the parties filed a third Stipulation and Proposed Order Extending Deadlines Pending Tentative Settlement to allow for the finalization of a formal settlement agreement.  The Court adopted and approved the parties' proposed order on November 2, 2005, extending the deadlines for items (a) through (f), listed above, for two weeks.

6. On November 11, 2005, the parties filed a fourth Stipulation and Proposed Order Extending Deadlines Pending Tentative Settlement to allow for the finalization of a formal settlement agreement.  The Court adopted and approved the parties' proposed order on November 15, 2005, extending the deadlines for items (a) through (f), listed above, for three weeks.

7. Because the parties have not yet finalized the settlement even though Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is currently due on December 2, 2005, and because the parties anticipate that it will take an additional week to finalize the parties' draft settlement agreement, the parties wish to extend the deadlines for items (a) through (f), listed above, for an additional three (3) weeks.

NOW THEREFORE, the parties have agreed and hereby stipulate to an additional three (3) week extension of the deadlines for (a) through (f), above (subject to the Court's availability), pending the parties' tentative settlement.

---

[1] Defendants' motion was originally set for a hearing on July 18, 2005; however, in light of then-pending disqualification proceedings, the motion was re-set for a hearing on August 15, 2005.

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 2, 2005                                    HELLER EHRMAN LLP


By:  /s/ David M. Chaiken
        David M. Chaiken
        Attorneys for Plaintiffs


Dated: December 2, 2005                          McCORMICK, BARSTOW, SHEPPARD
                                                       WAYTE & CARRUTH LLP


By: /s/ Anthony L. Osborn (authorized on 12/2/05)
        Anthony L. Osborn
        Attorneys for Defendants

4

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, a California Corporation, and FOSTER DAIRY FARMS, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska Corporation, and AIG TECHNICAL SERVICES, a Delaware Corporation,<br><br>Defendants. | Case No.  CIV F045930 REC DLB<br><br>**ORDER FURTHER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT**<br><br>Trial Date: May 9, 2006<br><br>The Honorable Robert E. Coyle<br><br>The Honorable Dennis L. Beck |

## **[PROPOSED] ORDER**

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Joint Stipulation and Proposed Order Further Extending Deadlines Pending Tentative Settlement as the Order of this Court. The Court hereby **EXTENDS** the schedule in this matter as follows:

1. The deadline for the filing of Plaintiffs' Opposition to Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is extended from 12/02/05 to 12/23/05;

2. The deadline for the filing of Defendants' Reply in Support of Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is extended from 12/12/05 to 1/2/06;

3. The deadline for the filing of Plaintiffs' Expert Disclosures is extended from 12/16/05 to 1/6/06;

4. The Hearing on Defendants' Partial Motion for Summary Judgment/Judgment on the Pleadings is reset from 1/3/06 to 1/23/06 (subject to Court availability);

5

PDF created with pdfFactory trial version www.pdffactory.com

5. The Non-Expert Discovery Cut-Off is extended from 1/2/06 to 1/23/06; and

6. The deadline for the filing of Defendants' Expert Disclosures is extended from 1/6/06 to 1/27/06.

**IT IS SO ORDERED**, this  5th day of __December, 2005.

                                            /s/ ROBERT E. COYLE_____
                                             Hon. Robert E. Coyle
                                             United States District Judge

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES PENDING TENTATIVE SETTLEMENT: CIV F045930 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com