1  James P. Wagoner, # 058553
   Anthony L. Osborn, # 216611
2  McCORMICK, BARSTOW, SHEPPARD
   WAYTE & CARRUTH LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone: 559-433-1300
5  Facsimile: 559-433-2300

6  Attorneys for Defendants
   AMERICAN INTERNATIONAL SPECIALTY LINES
7  INSURANCE COMPANY and AIG TECHNICAL
   SERVICES
8
   Martin H. Myers (Bar No. 130218)
9  David M. Chaiken (Bar No. 230619)
   Nathaniel R. Spencer-Mork (Bar No. 226886)
10 HELLER EHRMAN LLP
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone: 415-772-6000
12 Facsimile: 415-772-6268

13
   Attorneys for Plaintiffs
14 FOSTER POULTRY FARMS and
   FOSTER DAIRY FARMS
15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

19 | FOSTER POULTRY FARMS, a California | Case No.  1:04-cv-05930-REC-DLB
   | Corporation, and FOSTER DAIRY
20 | FARMS, a California Corporation,    | **STIPULATED REQUEST FOR
                                         | DISMISSAL WITH PREJUDICE
21 |         Plaintiffs,                 | PURSUANT TO FRCP 41(a)(1)(ii)**

22 |    v.                               | Trial Date: May 9, 2006

23 | AMERICAN INTERNATIONAL              | The Honorable Robert E. Coyle
   | SPECIALTY LINES INSURANCE
24 | COMPANY, an Alaska Corporation, and | The Honorable Dennis L. Beck
   | AIG TECHNICAL SERVICES, a
25 | Delaware Corporation,

26 |         Defendants.

27

28

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41:
1:04-CV-05930-REC-DLB

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own fees and costs.

Dated: December 19, 2005                                     HELLER EHRMAN LLP


By:         /S/ Martin H. Myers
             Martin H. Myers
             Attorneys for Plaintiffs


Dated: January 9, 2006                                      McCORMICK, BARSTOW, SHEPPARD
                                                                           WAYTE & CARRUTH LLP


By:         /S/ James P. Wagoner
             James P. Wagoner
             Attorneys for Defendants


IT IS SO ORDERED.


Dated:  ___January 10, 2006            /s/ ROBERT E. COYLE

                                                         The Honorable Robert E. Coyle.
                                                         Judge of the United States District Court
                                                         Eastern District of California


03674/01640-902463.v1

2

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41:
1:04-CV-05930-REC-DLB

PDF created with pdfFactory trial version www.pdffactory.com